[No. 26661-6-I.   Division One.   July 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PAWNEE
DALE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-00768-1, Richard M. Ishikawa, J., entered
July 26, 1990. *Reversed* by unpublished opinion per Schol-
field, J., concurred in by Pekelis and Baker, JJ.

[No. 27679-4-I.   Division One.   July 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
S. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-05379-5, Faith Enyeart, J., entered Decem-
ber 24, 1990. *Affirmed* by unpublished opinion per Pekelis,
J., concurred in by Scholfield and Baker, JJ.

[No. 11943-2-III.   Division Three.   July 28, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. KENNETH B.
WEAVER, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 91-1-00253-4, Ted Walter Small, Jr., J., entered
October 9, 1991. *Reversed* by unpublished per curiam opinion.

[No. 14536-7-II.   Division Two.   July 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE J.
BRADEEN, *Appellant*.

Appeal from a judgment of the Superior Court for
Jefferson County, No. 90-1-00033-3, William E. Howard,
J., entered November 30, 1990. *Affirmed* by unpublished
opinion per Alexander, J., concurred in by Petrich, C.J.,
and Seinfeld, J.